Benjamin A. Katzenellenbogen (SBN 53102)
Ben.katzenellenbogen.@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
TOPIA TECHNOLOGY, INC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPIA TECHNOLOGY, INC. <br><br> Plaintiff, <br><br> v. <br><br> BOX, INC., <br><br> Defendant. | Case No. 3:23-cv-00063-TLT <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

1  Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including, but not limited
3  to, parent corporations), or other entities have a financial interest in the subject matter in
4  controversy or in a party to the proceeding:
5      Topia Technology Inc. – Plaintiff;
6      Sughrue Mion PLLC – Plaintiff's Counsel; and
7      Burford Capital Ltd. – Capital Provider.

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 25, 2023     By: /s/ *Benjamin A. Katzenellenbogen*
                                   Benjamin A. Katzenellenbogen

Attorneys for Plaintiff,
TOPIA TECHNOLOGY, INC

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, CERTIFICATE OF INTERESTED ENTITIES OR PERSONS was served to all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                        */s/ Estefania Munoz*
                                                                          Estefania Munoz

56165729