UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPIA TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BOX, INC., et al.,<br><br>    Defendants. | Case No.  23-cv-00063-JSC<br><br>**PRETRIAL ORDER NO. 2: SUMMARY JUDGMENT BRIEFING SCHEDULE** |

As discussed at the April 1, 2026 further case management conference, the Court ORDERS the following summary judgment briefing schedule:

| | |
|---|---|
| Defendants' Infringement-Related Summary Judgment Motion: | April 30, 2026 |
| Summary Judgment Opposition: | May 21, 2026 |
| Summary Judgment Replies: | June 4, 2026 |
| Hearing: | June 25, 2026 |

Topia may raise an issue-preclusion claim construction in opposition to Defendants' motion for summary judgment.

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge